**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-865C
(Filed: February 28, 2018)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
RICHARD COLEMAN,                                *
                                                *
            Plaintiff,                          *
                                                *
    v.                                          *
                                                *
THE UNITED STATES,                              *
                                                *
            Defendant.                          *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

FILED

FEB 28 2018

U.S. COURT OF
FEDERAL CLAIMS

## ORDER OF DISMISSAL

On August 21, 2017, Defendant filed a motion to dismiss in this matter. Plaintiff's response was due on September 18, 2017. On November 2, 2017, this Court ordered Plaintiff to file his response to Defendant's motion to dismiss by December 1, 2017. As of this date, Plaintiff has not filed his response to Defendant's motion to dismiss.

On January 5, 2018, this Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute by February 5, 2018. As of this date, Plaintiff has not responded to this Court's order.

The Clerk is directed to dismiss this action for failure to prosecute.

_____
MARY ELLEN COSTER WILLIAMS
Judge

7016 3010 0000 4308 4140